**O. C. ROBERTS, Southern Farm Casualty Insurance Company, L. L. James, Hartford Accident and Indemnity Co.**

No. 47149.

March 31, 1964.

In re: O. C. Roberts and Southern Farm Bureau Casualty Insurance Company applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of West Feliciana. 159 So.2d 511.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

∎

162 So.2d 11

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY**

v.

**L. L. JAMES and Hartford Accident and Indemnity Co.**

No. 47150.

March 31, 1964.

In re: Southern Farm Bureau Casualty Insurance Company applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of West Feliciana. 158 So.2d 869.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.